**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

Cedric A. Veum and
The Cedric A. & Margaret E. Veum Living Trust,

      Plaintiffs,

v.                                                                 Case No. 3:25-cv-00014

Louis Ottimo and
Cold Spring Advisory Group LLC,

      Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)A)(i)**

TO:    All Counsel of Record

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Cedric A. Veum and The Cedric A. & Margaret E. Veum Living Trust, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants, Louis Ottimo and Cold Spring Advisory Group LLC.

Dated this 5th day of February, 2025.

**JOHNS, FLAHERTY & COLLINS, S.C.**

By:   */s Joseph G. Veenstra*
        Joseph G. Veenstra
        State Bar No. 1028139
        Attorneys for Plaintiffs, Cedric A. Veum and
        The Cedric A. & Margaret E. Veum
        Living Trust
        205 5th Avenue South, Suite 600
        P.O. Box 1626
        La Crosse, WI 54602-1626
        (608) 784-5678
        joe@johnsflaherty.com